UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

04-33143

In re:  Janet Griffin,

Bankruptcy Case No: 04B _____
Chapter: 13

Debtor

## APPLICATION TO PAY FILING FEE AND ADMINISTRATIVE FEE IN INSTALLMENTS

In accordance with Fed. R. Bankr P. 1006 and Item 8 of the Judicial Conference Schedule of Fees for Bankruptcy Courts, application is made for permission to pay the filing fee on the following terms:

$ 30.00 with the filing of the petition, and the balance of
$ 164.00 in 4 installments no more than four of which are to be attributed in whole or in part to the filing fee, as follows:

$ 44.00 on or before September 30, 2004
$ 40.00 on or before October 29, 2004
$ 40.00 on or before November 23, 2004
$ 40.00 on or before December 22, 2004

I certify that I am unable to pay the filing fee or the administrative fee except in installments. I further certify that I have not paid any money or transferred any property to an attorney or any other person for services in connection with this case or in connection with any other pending bankruptcy case and that I will not make any payment or transfer any property for services in connection with the case until the filing fee and the administrative fee are paid in full.

*(Check the box below when the following statement applies)*
☐ I further certify that I am unable to complete the required payments within 120 days after the filing of my petition. Accordingly, application is made to extend the period for paying installments to 180 days after the filing of the petition.

Date: _____

X _____
Applicant
9310 S. Lowe
Address of Applicant
Chicago, Illinois 60620

### Order

IT IS ORDERED that the debtor pay the filing fee and the administrative fee in installments on the terms set forth in the foregoing application.

IT IS FURTHER ORDERED that until the filing fee and the administrative fee are paid in full the debtor shall not pay, and no person shall accept, any money for services in connection with this case, and the debtor shall not relinquish, and no person shall accept, any property for services in connection with this case.

BY THE COURT

Date: SEP 08 2004

KENNETH S. GARDNER
Clerk, U.S. Bankruptcy Court

3